Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23578−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria F Cardenas
   217 First Street, Apt. 4
   Elizabeth, NJ 07206

Social Security No.:
   xxx−xx−7122

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/5/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 5, 2020
JAN: LVJ

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                            Case No. 18-23578-SLM
Maria F Cardenas                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Feb 05, 2020
                              Form ID: 148             Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.
```
db           +Maria F Cardenas,    217 First Street, Apt. 4,    Elizabeth, NJ 07206-1893
517631662     ATLANTIC Health Sysytems,    PO Box 35611,    Newark, NJ  07193-5611
517631663    +Barkclays / Portfolio Recovery,    120 Corporate Blvd.,    Norfolk, VA 23502-4952
517631664     CAVALRY PORTFOLIO SE RV CAVLR.,    PO Box 520,    Valhalla, NY  10595-0520
517631666     Cavalry Portfolio Services, LLC,    Howard Schachter, Esq.,    3490 US Highway 1 Ste 6,
               Princeton, NJ  08540-5920
517631669     Donato S. Russo, M.D.,    1896 Morris Ave Fl 3,    Union, NJ  07083-3528
517631670     EMA Union Emergency Medical Assoc.,    PO Box 5845,    Parsippany, NJ  07054-6845
517631674    +LVNV FUNDING Inc.,    David L. Faloni, Esq. Faloni & Associate,    165 Passaic Ave Ste 301B,
               Fairfield, NJ 07004-3592
517631675     Overlook Medical Center,    c/o Union Emergency Medical Assoc,    PO Box 5845,
               Parsippany, NJ  07054-6845
517631677     PRO Bill,    PO Box 2078,    Huntington, WV  25720-2078
517631678     Schatner Portnoy, LLC,    3490 US Highway 1,    Princeton, NJ  08540-5920
517667457    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517631680     Trinitas Medical Group,    225 Williamson St,    Elizabeth, NJ  07202-3625
517631681     United Collections Bureau, Inc.,    PO Box 1448,    Maumee, OH  43537-8448
517631682     University Radiology Group, PC,    PO Box 1075,    East Brunswick, NJ  08816-1075
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 06 2020 00:21:56     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 06 2020 00:21:53      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517631660     E-mail/Text: mreed@affcollections.com Feb 06 2020 00:21:58      ACS,   17 Prospect St,
               Morristown, NJ  07960-6862
517631661     EDI: ARSN.COM Feb 06 2020 04:48:00      ARS National Services, Inc.,   PO Box 469046,
               Escondido, CA  92046-9046
517631668     EDI: WFNNB.COM Feb 06 2020 04:48:00      COMENITY BANK/VCTRSSEC,   PO Box 182273,
               Columbus, OH  43218-2273
517631665    +E-mail/Text: bankruptcy@cavps.com Feb 06 2020 00:22:18      Cavalry Portfolio Services,
               500 Summit Lake Dr., Ste 4A,    Valhalla, NY 10595-2323
517635914    +E-mail/Text: bankruptcy@cavps.com Feb 06 2020 00:22:19      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517631667    +E-mail/Text: bankruptcy@cavps.com Feb 06 2020 00:22:19      Cavalry Spv I LLC,
               500 Summit Lake Drive,    Tempe, AZ 10595-1340
517726699     EDI: Q3G.COM Feb 06 2020 04:48:00      Department Stores National Bank,   c/o Quantum3 Group LLC,
               PO Box 657,    Kirkland, WA  98083-0657
517631671     E-mail/Text: bknotice@ercbpo.com Feb 06 2020 00:21:59      ERC,   PO Box 23870,
               Jacksonville, FL  32241-3870
517631672     E-mail/Text: bknotice@ercbpo.com Feb 06 2020 00:21:59      ERC,   PO Box 57610,
               Jacksonville, FL  32241-7610
517631673     E-mail/Text: bankruptcy@glacompany.com Feb 06 2020 00:20:45      GLA Collection Co., Inc.,
               PO Box 588,   Greensburg, IN  47240-0588
517722215     E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2020 00:28:25
               LVNV Funding LLC C/O Resurgent Capital Services,    P.O. Box 10675,   Greenville, SC 29603-0675
517707112    +EDI: MID8.COM Feb 06 2020 04:48:00      MIDLAND FUNDING LLC,   PO BOX 2011,
               WARREN MI 48090-2011
517631676     EDI: PRA.COM Feb 06 2020 04:48:00      PORTFOLIO RECOVERY ASSOCIATES, LLC,    120 Corporate Blvd,
               NORFOLK, VA  23502-0000
517750292     EDI: PRA.COM Feb 06 2020 04:48:00      Portfolio Recovery Associates, LLC,
               C/ Barclays Bank Delaware,    POB 41067,   Norfolk VA 23541
517750286     EDI: PRA.COM Feb 06 2020 04:48:00      Portfolio Recovery Associates, LLC,   c/o Jc Penney,
               POB 41067,    Norfolk VA 23541
517750337     EDI: PRA.COM Feb 06 2020 04:48:00      Portfolio Recovery Associates, LLC,
               c/o Sears Mastercard,    POB 41067,   Norfolk VA 23541
517750526     EDI: PRA.COM Feb 06 2020 04:48:00      Portfolio Recovery Associates, LLC,   c/o Wal-mart,
               POB 41067,    Norfolk VA 23541
517748828     EDI: Q3G.COM Feb 06 2020 04:48:00      Quantum3 Group LLC as agent for,   MOMA Trust LLC,
               PO Box 788,    Kirkland, WA  98083-0788
517633069    +EDI: RMSC.COM Feb 06 2020 04:48:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517631679     EDI: TFSR.COM Feb 06 2020 04:48:00      TOYOTA MOTOR CREDIT,   4 GATEHALL DR STE 350,
               PARSIPPANY, NJ  07504-0000
                                                                                              TOTAL: 22
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Feb 05, 2020
                              Form ID: 148             Total Noticed: 37

517667460*     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Donald C. Goins    on behalf of Debtor Maria F Cardenas dcgoins1@gmail.com,
           G25787@notify.cincompass.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```